In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00371-CV
_____

CHRISTINA WINTERS, Appellant

V.

JACOBO ARREGUIN RIVERA, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 18-07-09703-CV

## MEMORANDUM OPINION

On December 4, 2019, we notified the parties that this appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2020
Opinion Delivered January 16, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.